Mary Jo O'Neill, AZ Bar No. 005924
Sally C. Shanley, AZ Bar No. 012251
Lucila G. Rosas, CA Bar No. 187345
Diana Weaver, AZ Bar No. 021734
Equal Employment Opportunity Commission
3300 N. Central Ave., Suite 690
Phoenix, Arizona 85012
Telephone: 602-640-5020
Fax: 602-640-5009
Email: mary.oneill@eeoc.gov
  sally.shanley@eeoc.gov
  lucila.rosas@eeoc.gov
  diana.weaver@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>vs.<br><br>SUNFIRE GLASS, INC., an Arizona corporation,<br><br>           Defendant. | **CV**<br><br>**COMPLAINT**<br>**(JURY TRIAL DEMANDED)** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a against Sunfire Glass Inc., ("Defendant" or "Sunfire") to correct unlawful employment practices on the bases of sexual harassment and to provide appropriate relief to Tineke Meyer, Karina Mercado and a class of female employees who was adversely affected by such practices. The Commission alleges Ms. Meyer, Ms. Mercado and a class of female employees were subjected to sexual harassment at Sunfire. The Commission further alleges that although the women made

repeated complaints to management, no action was taken and that they were constructively discharged.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706 (f)(1) and (3)  of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3); and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. Defendant Sunfire Glass, Inc., an Arizona corporation, has continuously been doing business in the state of Arizona and the City of Phoenix and has at all relevant times had at least fifteen employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Charging Parties filed Charges of Discrimination with the Commission, alleging that Defendant violated Title VII.  All conditions precedent to the institution of this lawsuit have been fulfilled.

1  7. Ms. Meyer, Ms. Mercado, and a class of female employees were employed
2  as glass blowers at Sunfire's Phoenix location.
3  8. Since at least December 2004, Defendant has engaged in unlawful
4  employment practices at its Phoenix, Arizona facility in violation of Section 703(a) of
5  Title VII, 42 U.S.C. § 2000e-2(a), including subjecting Ms. Meyer, Ms. Mercado, and a
6  class of female employees s to a hostile work environment due to sexual harassment.
7  9. The sexual harassment to which Defendant subjected Ms. Meyer, Ms.
8  Mercado, and a class of female employees includes, but was not limited to the owner of
9  the company:
10  a. Touching women on their breasts and between their legs, often when they
11  were handling hot glass and could not defend themselves;
12  b. Hitting women on the buttocks;
13  c. Making obscene gestures using tubes of glass; and,
14  c. Verbally harassing women employees by discussing their bodies, using
15  vulgar language and implying that their work would be easier if they were "nice to him".
16  10. Although Ms. Meyer, Ms. Mercado, and a class of female employees
17  repeatedly complained to management, their complaints were ignored or they were told
18  that this was just the way the owner acted.
19  11. Because of the unlawful employment practices described in paragraphs 8
20  through 10 above, Ms. Meyer, Ms. Mercado, and a class of female employees reasonably
21  believed that they had no choice but to resign their employment and were constructively
22  discharged by Defendant in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-
23  2(a).
24  12. The effect of the practices complained of in paragraphs 8 through 11 above
25  has been to deprive Ms. Meyer, Ms. Mercado, and a class of female employees of equal
26  employment opportunities and otherwise adversely affect their status as employees
27  because of their sex, female.
28

13. The unlawful employment practices complained of in paragraphs 8 through 11 above were intentional.

14. The unlawful employment practices complained of in paragraphs 8 through 11 above were done with malice or with reckless indifference to the federally protected rights of Ms. Meyer, Ms. Mercado, and a class of female employees.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination on the basis of sex.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for females and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Ms. Meyer, Ms. Mercado, and a class of female employees by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices described in paragraphs 8 through 11 above, including emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, in amounts to be determined at trial.

D. Order Defendant to pay Ms. Meyer, Ms. Mercado and a class of female employees punitive damages for its malicious and/or reckless conduct described in paragraphs 8 through 11 above in amounts to be determined at trial.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award the Commission its costs of this action.

//
//
//
//

# JURY DEMAND

The Commission requests a trial by jury on all questions of fact raised by its complaint.

DATED this 29th day of September, 2008.

                                              RONALD S. COOPER
                                              General Counsel

                                              JAMES L. LEE
                                              Deputy General Counsel

                                              GWENDOLYN YOUNG REAMS
                                              Associate General Counsel

                                              EQUAL EMPLOYMENT
                                              OPPORTUNITY COMMISSION
                                              1801 L Street, N.W.
                                              Washington, D.C.  20507

                                              <u>s/ Mary Jo O'Neill</u>
                                              MARY JO O'NEILL
                                              Regional Attorney

                                              <u>s/P. David Lopez</u>
                                              P. DAVID LOPEZ
                                              Supervisory Trial Attorney

                                              <u>s/Lucila Rosas</u>
                                              LUCILA ROSAS
                                              DIANA WEAVER
                                              Trial Attorneys

                                              EQUAL EMPLOYMENT
                                              OPPORTUNITY COMMISSION
                                              Phoenix District Office
                                              3300 N. Central Ave., Suite 690
                                              Phoenix, Arizona  85012

                                              Attorneys for Plaintiff